IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cr. No. C-06-585 (2) |
| | § | C.A. No. C-07-460 |
| SEFERINO DE LOS SANTOS, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

The Court enters final judgment denying defendant Seferino De Los Santos' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 18th day of April, 2008.

_____
Janis Graham Jack
United States District Judge